IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN RODRIGUEZ,

    Petitioner,               No. CIV-S-07-0853 LKK KJM P

   vs.

JAMES YATES,

    Respondent.        <u>ORDER</u>

                             /

       Respondent has requested an extension of time to file a response to petitioner's application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Respondent's November 16, 2007 request for an extension of time is granted; and

       2. Respondent is granted sixty days from the date of this order in which to file a response to petitioner's application for writ of habeas corpus. Petitioner's traverse shall be filed thirty days thereafter.

DATED: November 20, 2007.

                                            _____
                                            U.S. MAGISTRATE JUDGE

1
rodr0853.111