UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN RODRIGUEZ,

           Petitioner,

     v.

JAMES YATES,

           Respondent.

_____/

NO. CIV. S-07-853 LKK/KJM

**O R D E R**

    Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge.  <u>See</u> 28 U.S.C. § 636(c).  According to Local Rule 72-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

////

1

1      IT IS ORDERED that any hearing dates currently set before the

2  undersigned are **VACATED.**

3      IT IS FURTHER ORDERED that the Clerk of the Court reassign

4  this case to the Honorable Kimberly J. Mueller.  All future

5  documents filed in the above-captioned case shall reference the

6  following case number:  No. Civ. S-07-853 KJM.

7      DATED:  November 21, 2007

8                                  /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
9                                  SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
10

11      Having also reviewed the file, I accept reference of this case

12  for all further proceedings and entry of final judgment.

13      DATED:  November 21, 2007.

14

                                   U.S. MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26