IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN RODRIGUEZ,** | CIV S-07-853 KJM |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's Application for a Thirty-Day Enlargement of Time, to and including February 18, 2008, to file a response to the petition, is granted.

Dated: January 17, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1