IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN RODRIGUEZ,** | CIV S-07-853 KJM |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES,** | |
| Respondent. | |

Respondent's application to lodge document No. 17 under seal is denied without prejudice as the court has not been provided with the document.  Respondent may re-file his motion, in conformance with the Local Rules of the court, within thirty days.

Dated:  March 19, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1