IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN RODRIGUEZ,

       Petitioner,                No. CIV S-07-0853 KJM P

    vs.

JAMES YATES,

       Respondent.          ORDER

                                /

       Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's application for an extension of time (docket no. 20) is granted; and

       2. Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.

DATED: April 11, 2008.

                                                  U.S. MAGISTRATE JUDGE

/mp
rodr0853.111(2)