IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN RODRIGUEZ,

   Petitioner,    No. CIV S-07-0853 KJM P

 vs.

JAMES YATES,

   Respondent.    <u>ORDER</u>

_____/

   Petitioner has filed his second request for an extension of time to file and serve a traverse. Good cause appearing, the request will be granted. No further extensions of time will be granted.

   IT IS HEREBY ORDERED that:

   1. Petitioner's request for an extension of time (doc. # 22) is granted; and

   2. Petitioner is granted sixty days from the date of this order in which to file a traverse.

DATED: June 23, 2008.

                U.S. MAGISTRATE JUDGE

1/ke
rodr0853.111sec