IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN RODRIGUEZ,

    Petitioner,               No. CIV S-07-0853 KJM P

    vs.

JAMES YATES,

    Respondent.            <u>ORDER</u>

_____/

        Petitioner has filed his third request for an extension of time to file and serve a traverse pursuant to the court's order of April 11, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's application for an extension of time (docket no. 24) is granted; and

        2. Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.

DATED: September 8, 2008.

U.S. MAGISTRATE JUDGE

/mp
rodr0853.111sec(2)