IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN RODRIGUEZ,

        Petitioner,                     No. CIV S-07-0853 KJM P

    vs.

JAMES YATES,

        Respondent.                   <u>ORDER</u>

_____ /

        Petitioner has filed his fourth request for an extension of time to file and serve a traverse pursuant to the court's order of April 11, 2008.[1]  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request for an extension of time (docket no. 26) is granted.

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

/////

/////

/////

---

[1] Petitioner also requests that the Clerk of the Court provide him with copies of certain documents.  The Clerk's Office does not provide copies of documents to parties.  Copies of documents may be obtained from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA 95814.  Their phone number is 916-441-4396.

3. If plaintiff cannot complete his traverse within thirty days because he has been denied access to the prison law library or his legal property, plaintiff shall provide the court with an affidavit signed under the penalty of perjury indicating the names of the persons who have denied him said access.

DATED: November 5, 2008.

_____
U.S. MAGISTRATE JUDGE

1/ke
rodr0853.111sec(3)