IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN RODRIGUEZ,

      Petitioner,               No. CIV S-07-0853 KJM P

    vs.

JAMES YATES,

      Respondent.             ORDER

_____/

      Petitioner has filed a request for an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's application for an extension of time (Docket No. 30) is granted; and

      2. Petitioner is granted sixty days from the date of this order in which to file and serve a traverse.

DATED: January 8, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
rodr0853.111sec(4)